# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136018

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CARLOS DURRELL SIMMONS,
     Defendant-Appellant.

SC: 136018
COA: 274172
Wayne CC: 06-002286-01

_____/

On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

d0519